David Sanford (DC SBN 457933, *Pro Hac Vice to be filed*)
dsanford@sanfordheisler.com
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Felicia Medina (SBN 255804)
fmedina@sanfordheisler.com
Xinying Valerian (SBN 254890)
xvalerian@sanfordheisler.com
Danielle Fuschetti (SBN 294064)
dfuschetti@sanfordheisler.com
SANFORD HEISLER, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Ed Chapin (SBN 53287)
echapin@sanfordheisler.com
Jill Sanford (SBN 185757)
jsanford@sanfordheisler.com
SANFORD HEISLER, LLP
501 West Broadway, Suite 515
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250

*Attorneys for the Plaintiffs, Classes, and Collective*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH and CONNIE JACOBSON** on behalf of themselves and all others similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES, INC.**<br><br>**DEFENDANT.** | No.: 3:16-cv-01885-JLS-DHB<br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: TBD by Court<br>Time: TBD by Court<br>Judge: Janis L. Sammartino |

**PLEASE TAKE NOTICE** that Plaintiffs hereby move for an order granting their Unopposed Motion for Preliminary Approval of the Class Action Settlement, including an order that: (1) certifies the proposed Rule 23 Settlement Class, appoints the Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel; (2) preliminarily approves the proposed class/collective action settlement; (3) appoints Rust Consulting as the Class Administrator; (4) approves the notice of the settlement and the procedures for providing such notice; (5) sets a briefing schedule for the motion for final approval of the settlement and Plaintiffs' motion for attorneys' fees and costs and service awards for Plaintiffs; and (6) schedules a final fairness hearing.

Submitted herewith are Plaintiffs' Memorandum of Law, the Declarations of David Sanford, Felicia Medina, Edward D. Chapin, and Jill S. Sanford (and supporting exhibits, including the Class Settlement Agreement and Proposed Order), and the Declarations of each of the Class Representatives.

Dated: July 26, 2016  Respectfully submitted,

/s/ Felicia Medina
David Sanford (*Pro Hac Vice to be filed*)
Felicia Medina (SBN 255804)
Ed Chapin (SBN 53287)
Jill Sanford (SBN 185757)
Xinying Valerian (SBN 254890)
Danielle Fuschetti (SBN 294064)
SANFORD HEISLER, LLP

*Attorneys for Plaintiffs, Classes, and Collective*