David Sanford (DC SBN 457933, *Pro Hac Vice to be filed*)
dsanford@sanfordheisler.com
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Felicia Medina (CA SBN 255804)
fmedina@sanfordheisler.com
Xinying Valerian (CA SBN 254890)
xvalerian@sanfordheisler.com
Danielle Fuschetti (CA SBN 294064)
dfuschetti@sanfordheisler.com
SANFORD HEISLER, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Ed Chapin (CA SBN 53287)
echapin@sanfordheisler.com
Jill Sanford (CA SBN 185757)
jsanford@sanfordheisler.com
SANFORD HEISLER, LLP
501 West Broadway, Suite 515
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250

*Attorneys for the Plaintiffs, Classes, and Collective*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH, and CONNIE JACOBSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES INC.,<br><br>Defendants. | Case No.: 3:16-cv-01885-JLS-DHB<br><br>**DECLARATION OF DAVID SANFORD** |

I, DAVID SANFORD, hereby declare as follows:

1. I make this Declaration based upon personal knowledge. If called and sworn as a witness, I would testify competently as to the facts in this Declaration. I am an attorney admitted to practice law in the State of Maryland and the District of Columbia. In my capacity as lead class counsel, I make this declaration in support of Plaintiffs' request that the Court: (i) enter the Order Preliminarily Approving Class Settlement, (ii) approve the form and manner of class notice and claim form, (iii) certify the class for settlement purposes; and (iv) set a hearing for final approval of the proposed settlement and award fees and costs to class counsel and service awards.

**I.   Counsel's Background**

2. I am the founding partner and Chairman of Sanford Heisler, LLP ("Class Counsel," "Plaintiffs' Counsel," or "Sanford Heisler"). I graduated from Stanford Law School in 1995. I was a law clerk for Judge Gladys Kessler of the United States District Court for the District of Columbia from 1995 through 1996. I have been a member in good standing of the Maryland State Bar since 1997 and the District of Columbia Bar since 1998.

3. Since 2001, I have obtained approximately 33 class settlements in Title VII and wage and hour matters throughout the United States, and am currently serving as lead counsel in numerous class, individual, and *qui tam* matters.

4. I was lead class counsel and lead trial counsel in *Velez v. Novartis Pharmaceuticals Corp.*, No. 04-cv-9194 (S.D.N.Y), which resulted in the largest verdict in a Title VII discrimination class action in United States history.

5. I was inducted into the National Law Journal's Elite Trial Lawyers Hall of Fame and am listed among the top 100 trial lawyers in America by the National Trial Lawyers. I have been recognized as a "Top Employment Lawyer" by American Lawyer, Corporate Counsel and the National Law Journal; I was

recognized by Law 360 as an Employment Lawyer MVP in both 2014 and 2015, as "Titan of the Plaintiffs' Bar;" and as a "Super Lawyer" in both Washington, D.C. and New York. Since 2006, I have been AV-rated by Martindale-Hubbell, which is the highest rating given to an attorney by judges and attorneys throughout the United States.

## II. Sanford Heisler, LLP's Background as Class Counsel

6. From its formation in 2004, and to date, Sanford Heisler has been significantly involved in civil rights and employment class action litigation. The firm has served as counsel in numerous class actions around the United States, generating hundreds of millions of dollars in recoveries to class members.

7. Sanford Heisler, is a preeminent nationwide plaintiffs' firm specializing in complex class litigation, especially gender discrimination cases. Sanford Heisler has served as lead or co-lead counsel in approximately 50 class and collective actions, covering class members in most of the states in the union. These cases have been filed in over 20 federal and state jurisdictions across the United States, including New York, California, New Jersey, Illinois, Tennessee, Massachusetts, Connecticut, Alaska, and Washington D.C. Attached hereto as **Exhibit A** is a listing of class cases where Sanford Heisler served as lead or co-lead counsel.

8. The following are illustrative cases where Sanford Heisler has been appointed class counsel: *Kassman et al., v. KPMG LLP*, No. 11-cv-3742 (S.D.N.Y.) (pay, promotion, and pregnancy discrimination for a class of female accounting professionals; conditionally certified national pay class); *Barrett et al. v. Forest Laboratories, Inc. et al.*, No. 1:12-cv-05224-RA (S.D.N.Y.) (pay, promotion, and pregnancy discrimination for a class of female pharmaceutical sales representatives; conditionally certified national pay class); *Smith et al. v. Merck & Co., Inc.*, No. 3:13-cv-02970 (D.N.J.) (pay, promotion, and pregnancy discrimination claims for a

class of female pharmaceutical sales representatives; conditionally certified national pay class); and *Wellens, et al. v. Daiichi Sankyo, Inc.*, No. C 13-00581 (N.D. Cal.) (pay, promotion, and pregnancy discrimination claims for a class of female pharmaceutical sales representatives; conditionally certified national pay class). The firm has also served as class counsel in *Rosenberg, et al. v. Ikon Office Solutions, Inc.*, No. 1:05-cv-09131-PAC (S.D.N.Y.) (pay, promotion, and other Title VII claims for a class of African-American employees; certified settlement class); *Fogg v. Lynch* (pay, promotion and assignment discrimination for a class of African American law enforcement and operational personnel with the U.S. marshals service dating back over twenty years; certified class beginning from 1994-present.).

9. Sanford Heisler class actions have resulted in significant recoveries and injunctive relief for class members, including the largest jury verdict ever awarded in an employment discrimination class action. *See Velez v. Novartis Pharmaceuticals Corp.*, No. 04-cv-9194 (S.D.N.Y) (jury verdict of $250 million in punitive damages awarded to more than 7,000 female sales representatives and $3.6 million compensatory damages awarded to 12 class members.).

10. Sanford Heisler has been repeatedly recognized for its high-caliber representation of its clients and high standing at the bar. For example, at the final fairness hearing in *Velez*, the judge commented that the firm had achieved an "extraordinary" result: "This was a well prepared case. It was a brilliantly tried case by plaintiff's counsel. . . and it yielded a one-of-a-kind result, and that has led to a one-of-a-kind settlement."

11. At the final fairness hearing in *Hernandez et al. v. C&S Wholesale Grocers, Inc.*, No. 7:06-CV-02675, (S.D.N.Y. 2008), the judge described the firm as "exceptionally able and experienced" and praised "the work that counsel have put in, not just in terms of the quantity, but what it was that counsel did, with

obviously the tremendous amount of work . . ." and acknowledged a highly favorable result in "obviously a very complex dispute, both in terms of the law and in terms of the facts."

12. Recently, in *Zolkos v. Scriptfleet, Inc.*, 2014 U.S. Dist. LEXIS 172519, at *11 (N.D. Ill. 2014), the court appointed Sanford Heisler, among other firms, as Class Counsel and preliminarily approved a class wage and hour settlement. The court stated:

> Similarly, Sanford Heisler is very experienced in complex class and collective litigation, particularly in wage and hour cases, and has been repeatedly recognized for its skilled and effective representation. See *Stiller v. Costco*, No. 09 Civ. 2473, 2010 U.S. Dist. LEXIS 140297, 2010 WL 5597272 (S.D. Cal. Dec. 13, 2010) ("Sanford, Wittels & Heisler, LLP [Sanford Heisler Kimpel's former name] . . . [is] experienced in employment and wage-and-hour class action litigation."); *Velez v. Novartis Pharms. Corp.*, No. 04 Civ. 09194, 2010 U.S. Dist. LEXIS 125945, 2010 WL 4877852, at *10 (S.D.N.Y. Nov. 30, 2010) ("Here, Class Counsel, Sanford Wittels & Heisler LLP, has just the sort of established record contemplated by the Rules."); *Bellifemine v. Sanofi-Aventis*, No. 07 Civ. 2207, 2010 U.S. Dist. LEXIS 79679, 2010 WL 3119374, at *1 (S.D.N.Y. Aug. 6, 2010) (recognizing Sanford Heisler as having "an established record of competent and successful prosecution of large . . . class actions").

13. Among many accolades, Sanford Heisler has also been recognized as a "Best Law Firm National Tier 1 Employment Firm" by U.S. News (2015 and 2016), "Elite Trial Lawyers" by the National Law Journal (2014 and 2015), and among Above the Law's "Top Litigation Firms by Law School Pedigree.

Executed on this 24th day of July, 2016 in New York, New York.

David Sanford

# Exhibit A

I. **RESOLVED CLASS MATTERS**

**Litigated Class Certification and Classwide Settlement Approved by the Court**

1. Joe Lewis Luque, et al. v. AT&T Corp., et al., Northern District of California
   Case No. 3:09CV5885 (CRB) (California wage and hour case on behalf of class of employees wrongfully denied overtime pay)

2. Perkins, et al. v. Southern New England Telephone Company, District of Connecticut
   Case No. 3:07-CV-967-JCH (Connecticut wage and hour case on behalf of class of employees wrongfully denied overtime pay)

3. Velez, et al. v. Novartis Corp., Southern District of New York
   Case No. 04-CV-09194 (nationwide gender discrimination suit on behalf of female sales representatives)

4. Wellens, et al. v. Daiichi Sankyo, Inc., Northern District of California
   Case No. C 13-00581 (nationwide gender discrimination suit on behalf of female sales representatives)

5. Lawson, et al. v. BellSouth Telecommunications, Inc., et al., Northern District of Georgia
   Case No. 1:09−cv−03528−JEC (nationwide wage and hour case on behalf of class of employees wrongfully denied overtime pay)

6. Novartis: Wage and Hour Litigation, Southern District of New York
   Case No. 1:06-md-01794-PAC (nationwide wage and hour case to recover overtime pay on behalf of class of misclassified employees)

7. Bert, et al. v. AK Steel Corporation, Southern District of Ohio, Western Division
   Case No. 1:02-cv-00467-SSB-TSH (race discrimination suit on behalf of African American employees)

8. Jobe, et al. v. TRW Automotive U.S. LLC., Middle District of Tennessee, Nashville Division
   Case No. 3-03-0477 (wage and hour case on behalf of manufacturing plant employees)

**Litigated Class Certification and Classwide Settlement Approved by the Arbitrator**

9. McCarthy, et al. v. Valero Energy Corporation, et al., Northern District of California, San Francisco Division
   Case No. 3:09-cv-03646-MEJ (nationwide wage and hour suit to recover overtime pay)

A - 1

**Settlement Class Certification**

10. Da Silva Moore v. Publicis Groupe, et al., Southern District of New York
    Case No. 1:11-cv-01279-RJS (multi-state gender discrimination in employment)

11. Hernandez, et al. v. C&S Wholesale Grocers, Inc., Southern District of New York
    Case No. 7:06-cv-02675-CLB (multi-state wrongful denial of overtime pay)

12. Wilson, et al. v. Fairfield Resorts, Inc., et al., Middle District of Tennessee, Nashville Division
    Case No. 3:04-cv-1133 (sexual harassment, gender discrimination)

13. Blair, et al. v. IKON Office Solutions, Inc., Supreme Court of the State of New York, County of New York
    Index No. 07104026 (wage and hour suit for customer service representatives wrongfully denied overtime pay)

14. Rosenberg, et al. v. IKON Office Solutions, Inc., Southern District of New York
    Case No. 05-CV-9131 (employment discrimination case on behalf of African American employees)

15. Bellifemine, et al. v. Sanofi-Aventis U.S. LLC, et al., Southern District of New York
    Case No. 1:07-CV-02207-JGK (nationwide gender discrimination suit on behalf of female sales representatives)

16. Dickerson et al. v. Novartis Corporation et al., Southern District of New York
    Case No. 1:15-cv-01980-GHW (nationwide gender discrimination case on behalf of female employees)

17. Tarrats, et al. v. FDIC, EEOC Hearing No. 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x;
    Agency docket No. FDIC 94-59 (nationwide race discrimination case on behalf of Hispanic employees)

18. Goldsby, et al. v. Adecco, Inc., Northern District of California, San Francisco Division
    Case No. 3:07-cv-05604-MMC (wage and hour)

19. McDermott, et al. v. Cracker Barrel Old Country Store, Inc., Northern District of Georgia, Rome Division
    Case No. 4:99-CV-0001-HLM (nationwide wage and hour case on behalf of African American employees)

20. NAACP, et al. v. Cracker Barrel Old Country Store, Inc., Northern District of Georgia, Rome Division
    Case No. 4:01-CV-325 (nationwide race discrimination case on behalf of African American customers)

21. Rhodes, et al. v. Cracker Barrel Old Country Store, Inc., Northern District of Georgia, Rome Division
    Case No. 4:99-CV-217 (nationwide race discrimination case on behalf of African American employees)

22. Adkins, et al. v. Goody's, Middle District of Georgia, Albany Division
    Case No. 1:00-CV-28-4 (nationwide race discrimination case on behalf of African American employees)

23. Williams, et al. v. Gulfstream, Central District of California, Eastern Division
    Case No. 02-CV-1200 (race discrimination suit on behalf of African American employees)

24. Stringer, et al. v. Kaiser Permanente, et al., Superior Court of the State of California, County of Alameda
    Case No. RG 07349734 (wage and hour)

25. Tate, et al. v. Kaiser Permanente, et al., Superior Court of the State of California, County of Alameda
    Case No. RG 07318416 (race discrimination suit on behalf of African American employees)

26. Wade, et al. v. Kroger Co. et al., Western District of Kentucky, Louisville Division
    Case No. 3:01-CV-699-R (nationwide race discrimination suit on behalf of African American employees)

27. Davis, et al. v. Shaw Industries Inc., Northern District of Georgia, Rome Division
    Case No. 4:04-cv-00190-CAP (race discrimination suit on behalf of African American employees)

28. Wooten, et al. v. Smith and Nephew, Inc., Western District of Tennessee, Western Division
    Case No. 2:06-CV-02571-SHM-dkv (race discrimination suit on behalf of African American employees)

29. Leonard, et al. v. Southtec, LLC, et al., Middle District of Tennessee, Nashville Division
    Case No. 3:04-CV-0072 (race discrimination suit on behalf of African American employees)

30. Watson-Smith, et al. v. Spherion Atlantic Enterprises, LLC, et al., Northern District of California
    Case No. 3:07-CV-05774-JSW (wage and hour)

31. Burton, et al. v. Toshiba, Middle District of Tennessee, Nashville Division
    Case No. 3:01-CV-00021 (race discrimination suit on behalf of African American employees)

32. Jobe, et al. v. TRW, Inc., et al., Middle District of Tennessee, Nashville Division
    Case No. 3:00-CV-00260 (wage and hour)

33. Kennell, et al. v. WLR Foods, Inc., et al., Southern District of West Virginia, Elkins Division
    Case No. 2:00-cv-00067-REM (wage and hour)

**Settled on Multi-Party Basis**

34. Clemon, et al. v. Cooker Restaurants, Middle District of Florida, Tampa Division
    Case No. 8:99-CV-2129-T-27C (nationwide race discrimination case on behalf of African American employees)

35. Dodd-Owens, et al. v. Kyphon, Inc., Northern District of California, San Jose Division
    Case No.06-CV-03988-JF (gender discrimination suit on behalf of female employees)

36. Murphy, et al. Super Steel, Northern District of New York, Albany Division
    Case No. 06-CV-0480 (race discrimination case on behalf of African American employees)

37. Barghout, et al. v. Bayer Healthcare Pharmaceuticals, et al., District of New Jersey
    Case No. 2:11-cv-01576-DMC-JAD (gender discrimination suit on behalf of female employees)

38. Gaitane, et al. v. Eaton Corporation, et al., Southern District of New York
    Case No. 11-CV-2323-WHP (gender discrimination suit on behalf of female engineers)

39. Alexander, et al. v. Tennessee Valley Authority, Middle District of Tennessee, Nashville Division
    Case No. 3:08−cv−00943 (wage and hour suit on behalf of employees)

40. Saucier, et al. v. Countrywide Home Loans, Inc., et al., Superior Court of the District of Columbia, Civil Division
    Case No. 2005 CA 001475 B (predatory lending action on behalf of African American condominium buyers)

41. Thomas, et al. v. General Electric Company, et al., District of Connecticut
    Case No. 3:05-CV-00788-PCD (nationwide racial discrimination claim on behalf of African American executive employees)

42. Schaefer, et al. v. General Electric Company, et al., District of Connecticut
    Case No. 3:07-cv-858 (nationwide gender discrimination action on behalf of executive female employees and on behalf of female attorneys)

43. Reid, et al. v. Cinergy Corp., Southern District of Ohio, Cincinnati Division
    Case No. 1:02-cv-00586-SSB-TSH (race discrimination suit on behalf of African American employees)

44. Armstrong, et al. v. Whirlpool Corp., Middle District of Tennessee, Nashville Division
    Case No. 3-03-1250 (race discrimination suit on behalf of African American employees)

## II. ACTIVE CLASS MATTERS

**Class Certification Granted in Pending Matters**

45. Kassman, et al. v. KPMG, LLP, Southern District of New York
    Case No. 11-CV-3743-RJH (nationwide gender discrimination action on behalf of female employees)

46. Barrett et al. v. Forest Laboratories, Inc. et al., Southern District of New York
    Case No. 1:12-cv-05224-RA (nationwide employment discrimination case on behalf of female sales representatives)

47. Smith et al. v. Merck & Co., Inc., United States District Court for the District of New Jersey
    Case No. 3:13-cv-02970 (nationwide gender discrimination case on behalf of female sales representatives)

48. Grogan, et al. v. Holder, United States District Court for the District of Columbia
    Civil Action No. 08-01747 (nationwide race discrimination suit against the United States Marshal Service)

**Class Suits Pending in Litigation**

49. Stiller, et al. v. Costco, et al., Southern District of California
    Case No. 3:09-cv-02473-AJB -BGS (nationwide wage and hour case to recover unpaid wages and overtime pay)

50. Brewer, et al. v. Lynch, United States District Court for the District of Columbia
    Case No. 1:08-cv-01747 (nationwide race discrimination suit on behalf of African American employees of the United States Marshal Service)