David Sanford (DC SBN 457933, *Pro Hac Vice to be filed*)
dsanford@sanfordheisler.com
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Felicia Medina (CA SBN 255804)
fmedina@sanfordheisler.com
Xinying Valerian (CA SBN 254890)
xvalerian@sanfordheisler.com
Danielle Fuschetti (CA SBN 294064)
dfuschetti@sanfordheisler.com
SANFORD HEISLER, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Ed Chapin (CA SBN 53287)
echapin@sanfordheisler.com
Jill Sanford (CA SBN 185757)
jsanford@sanfordheisler.com
SANFORD HEISLER, LLP
501 West Broadway, Suite 515
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250

*Attorneys for the Plaintiffs, Classes, and Collective*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH, and CONNIE JACOBSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES INC.,<br><br>Defendants. | Case No.: 3:16-cv-01885-JLS-DHB<br><br>**DECLARATION OF EDWARD D. CHAPIN** |

I, EDWARD D. CHAPIN, hereby declare as follows:

1. I make this Declaration based upon personal knowledge. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

2. I am an attorney admitted to practice law in the State of California.

3. I was extensively involved in the above matter, the negotiations leading to the class settlement, and the briefing that ensued thereafter.

4. In my capacity as class counsel, I make this declaration in support of Plaintiffs' request that the Court: (i) enter the Order Preliminarily Approving Class Settlement, (ii) approve the form and manner of class notice and claim form, (iii) certify the class for settlement purposes; and (iv) set a hearing for final approval of the proposed settlement and award fees and costs to class counsel and service awards.

**I.     Counsel's Background**

5. I am Managing Partner at the San Diego office of Sanford Heisler, LLP ("SH", "Plaintiffs' Counsel", "Class Counsel" or "the firm"). I graduated from the University of Missouri in 1972. I have been a member in good standing of the California State Bar since 1972.

6. I represent employees and whistleblowers in individual and class actions involving wage and hour, retaliation, discrimination and other civil rights claims.

7. Attached hereto as **Exhibit A** is a true and correct copy of my Curriculum Vitae.

8. During my 42 years in practice in California, I have been primarily a civil trial attorney. I have tried at least 100 cases to verdict during my career.

9. For over 20 years, I have been a member of the American Board of Trial Advocates ("ABOTA"), a membership by invitation only organization comprised of plaintiff and defense attorneys and members of the bench. I have

1 received significant professional awards including the Daniel T. Broderick Award for "epitomizing the highest principles of civility, integrity and professionalism" presented by ABOTA, Consumer Attorneys of San Diego, San Diego Defense Lawyers and the San Diego County Bar Association. I received the Lifetime Achievement award presented by the San Diego Defense Lawyers. My undergraduate alma mater, Missouri State University, has recognized me with its Outstanding Alumnus Award. I have been named to the prestigious Best Lawyers in America since 1989 and Super Lawyers ranking every year since 2007.

10. Throughout my career, I have been involved in the leadership of both professional and civic organizations at the local, state, and national levels. I served as president of the San Diego Chapter and the California Chapters of ABOTA. For twenty years I have served on the ABOTA National Board, on which I have chaired committees that developed the ABOTA Principles of Civility, Integrity, and Professionalism and the ABOTA Protocol for Responding to Unfair Media Criticism of Judges. During my tenure as President of the California Chapter of ABOTA, I served on the Supreme Court Select Committee on Judicial Retirement.

11. During my service as committee chair and Vice President of the San Diego County Bar Association, I chaired multiple committees including the committee that developed the bar's Principles of Civility, Integrity, and Professionalism. I was also instrumental in instituting an annual program to recognize a San Diego trial attorney who epitomizes the highest principles of civility, integrity and professionalism.

**II.   Services in Support of the Class**

12. Throughout the case, I provided assistance to both Plaintiffs and my fellow attorneys in many ways. Because I am based out of San Diego, I was able to meet with clients in person to discuss the case. I also provided substantial guidance to the rest of Class Counsel throughout the mediation process.

13. I attended both mediations in person in order to contribute to the decisions made in support of the Classes. Leading up to the mediation, I analyzed, contributed to, and commented on important documents such as EEOC charges, mediation statements, damages analyses, programmatic relief proposals and additional documents related to the settlement.

Executed on this 26th day of July, 2016 in San Diego, California.

Edward D. Chapin

# Exhibit A



### Edward D. Chapin
**Sanford Heisler, LLP**
**Managing Partner, San Diego**
**501 West Broadway**
**Suite 515**
**San Diego, CA 92101**
**Telephone: 619 577 4253**
**Email: echapin@sanfordheisler.com**

### Practice Areas:

Civil trials on behalf of individuals and businesses.

### Professional Profile:

Mr. Chapin is an experienced trial attorney whose courtroom abilities have been recognized for over 20 years by organizations such as the American Board of Trial Advocates (ABOTA) and is listed in *The Best Lawyers in America* and *Super Lawyers*. Mr. Chapin was selected by Super Lawyers as one of the top fifty lawyers in San Diego for 2008. He was selected as one of the top ten lawyers in San Diego in 2011. Mr. Chapin's practice emphasizes complex, multiparty civil litigation in consumer and employment class actions, business disputes, product liability, insurance coverage and bad faith, unfair business practices, professional negligence, serious personal injury and wrongful death. He was lead trial counsel for the chemical manufacturer featured in the award winning movie, *The Erin Brockovich Story*. This was one of the largest mass tort cases in California history. For almost two decades, Mr. Chapin served as a member of the National Board of Directors of ABOTA and chaired various committees during his tenure.

### Education:

J.D., University of Missouri, Columbia, 1972
B.S. in History, Missouri State University, 1964

### Admitted:

State Bar of California
United States Court of Appeals for the Ninth Circuit
United States District Court-Southern, Central, Eastern and Northern Districts of California
United States Court of International Trade

A - 1

**Military Service:**

Active Duty, United States Army Infantry, 1964-1968
    Line Officer in Infantry Unit, Germany.
    Ground Combat Service, U.S. First Infantry Division, South Vietnam.
    Paratrooper.

Awarded Three Bronze Stars, Combat Infantry Badge, Air Medal and Army Commendation Medal during Vietnam Service.

**Significant Professional Awards:**

2007 Outstanding Alumnus Award, Missouri State University

2001 *Daniel T. Broderick Award* for "Epitomizing the highest standards of civility, integrity and professionalism" presented by the American Board of Trial Advocates, Association of Business Trial Lawyers, Consumer Attorneys of San Diego, San Diego Defense Lawyers, and San Diego County Bar Association.

2000 *Lifetime Achievement Award* presented by San Diego Defense Lawyers.

**Professional Leadership:**

<u>National Level</u>
- Member, National Board of Directors of American Board of Trial Advocates (ABOTA), 1989 - 2010
- Chaired committees which developed the ABOTA Principles of Civility, Integrity and Professionalism and ABOTA Protocol for Responding to Unfair Media Criticism of Judges, 1998 and 1999

<u>State Level</u>
- Appointed by Chief Justice Malcolm Lucas of the California Supreme Court to Select Committee on Judicial Retirement, 1993
- President, California Chapters of American Board of Trial Advocates, 1993
- Director, California Defense Counsel, 1992 and 1993
- Member of ad hoc state plaintiff and defense trial bar committee which sought to preserve attorney voir dire in civil cases leading to enactment of California Code of Civil Procedure §222.5 allowing attorney voir dire in civil cases, 1990.

<u>Regional and Local Level</u>
- Co-Chair, San Diego County Bar Association Civil Integrity and Professionalism Committee, 2008
- Director, Association of Business Trial Lawyers, 2008
- President, San Diego Chapter of American Board of Advocates, 1992
- Vice-President, San Diego County Bar Association, 1991
- President, San Diego Defense Lawyers, 1988

A - 2

      Board Member, Association of Southern California Defense Counsel, 1988-1992

      Chair, San Diego Bar Association Civil Litigation Code of Conduct Committee, 1989 -1992 (developed Principles of Civility, Integrity and Professionalism for local bar).

      Committee Member, San Diego County Bar Association's Economic Litigation, 1990 (developed streamlined procedures for discovery in small civil cases to reduce time between filing and resolution).

      Chair, San Diego County Bar Association Voir Dire Committee, 1987-1992.

      Arbitration Project of San Diego Superior Court to reduce backlog of civil cases, 1987-1988 (received recognition by Presiding Judge of San Diego Superior Court as one of three arbitrators in Bar Association in highest demand during term of project).

      Vice-President, Barristers Club of San Diego County, 1977.

      Pro Tem Judge, Designated by San Diego County Superior Court to preside over jury trials.

**Professional Affiliations:**

American Board of Trial Advocates
American Association for Justice
American Inns of Court, Enright Inn (Master)
Association of Business Trial Lawyers
Consumer Attorneys of San Diego and California
American Bar Association
California Bar Association
Fellow, American Bar Foundation

**Continuing Education and Presentations:**

ABOTA Masters of Trial – Cross-Examination of Defendant, San Diego, May 2007.

ABOTA Masters of Trial – Opening Statement, Columbus, Ohio, September 2005.

Preserving the Record of Appeal, Association of Southern California Defense Counsel, Los Angeles, February 2003.

Champions of the Courtroom, The Art of Trying Cases, State Bar of California Litigation Section Annual Trial Symposium, Cross- Examination of A Sympathetic Plaintiff, April 17, 2004.

Contractual Risk Sharing, AEGIS Insurance, New Orleans, October 2002.

Dialogue on Freedom, American Inns of Court, Enright Inn, San Diego, September 11, 2002.

Loss Presentation & Broker Risk Management - Barney & Barney, San Diego, August 2002.

American Board of Trial Advocates Masters In Trial, Opening Statement, Los Angeles, April 2002.

California Continuing Education of the Bar, Electronic Evidence, San Diego, 2002.

The Rutter Group, California Punitive Damages Update, San Diego, January 2002.
American Board of Trial Advocates Masters of Trial, Jury Selection, San Diego, 2001.
Harvard Law School Program of Instruction for Lawyers, Negotiation workshop, 1994.

**Professional Experience:**

**Sanford Heisler, LLP,** San Diego, CA
May 1, 2015 – present

**Chapin Wheeler LLP**, San Diego, CA
February 2005 – May 1, 2015

**Gordon & Rees**, San Diego, CA
May 1, 2003 - February 11, 2005

**Chapin Shea McNitt & Carter (and predecessor firms)**, San Diego, CA
April 1, 1987 – April 29, 2003
> *Founder*
> *Chairman, President and CEO*, 1987-2003
> Led civil litigation firm from inception with 5 lawyers to over 50 lawyers and 4 offices in 10 years.

**Wingert Grebing Anello & Chapin**, San Diego, CA
March 1, 1974 – March 30, 1987
> *Associate*, 1974-1976
> *Partner*, 1976-1987
> Practice primarily included civil trials in defend of insured property and casualty insurers in civil tort actions including personal injury, governmental tort liability and insurance coverage.

**Office of City Attorney**, San Diego, CA
December 1982 – March 1974
> *Deputy City Attorney* – Criminal Division
> Served as trial attorney (more than 35 jury trials) and attorney supervisor
> Headed obscenity and pornography prosecution unit

**Community Service:**

**Episcopal Community Services**
> *Chair*, Executive Director's Advisory Council, 1991-1992
> *President of the Board*, 1984 and 1988
> *Board Member*, 1973-1992

**St. Vincent de Paul**

**American Ireland Fund**

A - 4

**Significant Case Examples:**

<u>*Aguayo v. Pacific Gas & Electric Company and Betz Laboratories, Inc.*,</u>

<u>*Acosta v. Pacific Gas & Electric Company and Betz Laboratories, Inc. Aguilar v. Pacific Gas*</u>

<u>*& Electric Company and Betz Laboratories, Inc. Adams v. Betz Laboratories, Inc*.</u>

*Case No.*:           Consolidated under Case No. BC123749
*Court*:              Los Angeles Superior Court – Central District
*Judge*:              Hon. Frances Rothschild
*Mediator*:           Ret. Justice Howard Wiener, San Diego, CA
*Opposing Counsel*:   Thomas Girardi and Walter Lack, Los Angeles, CA

- Lead counsel in action against Fortune 500 chemical manufacturer in toxic tort and products liability action involving more than 4,000 plaintiffs in cases which served as basis for the Academy Award winning movie, *Erin Brockovich Story*, starring Julia Roberts.
- These cases are widely recognized as some of the largest mass toxic tort cases in California history.
- After 36 months of intensive discovery and motion practice, client settled for confidential amount.

<u>*Kyocera Wireless Corporation, et al. v. HECMMA, Inc., et al.*</u>

*Court*:              U.S. District Court, Southern District of California
*Judge*:              Hon. Marilyn L. Huff
*Opposing Counsel*:   Mark Carrigan, Houston, TX and Mark Mazzarella, San Diego, CA

- Prosecution of claims for various Lanham Act violations including False Designation of Origin, Trademark Infringement, Counterfeiting, and Breach of Contract stemming from use of unauthorized components in the manufacture and assembly of batteries for use in cell phones causing ventings which led to two massive nationwide product recalls.
- Kyocera Wireless obtained plaintiff's verdict in the amount of $9,763,928.

<u>*Santiago, et al. v. KIA Motors America, Inc.*</u>

| | |
|---|---|
| *Case No.*: | 01 CC 01438 |
| *Court*: | Orange County Superior Court |
| *Judge*: | Hon. Ronald Bauer |
| *Opposing Counsel*: | Hallen D. Rosner, Alan Mansfield, Michael Vachon and Jennifer Daniel-Duckering of Rosner, Law & Mansfield; and Mark Anderson and Carol Brewer of Kemnitzer, Anderson, Barron & Ogilvie, LLP |

- Class action for breach of warranty applicable to brakes on new automobiles.
- This case was successfully resolved by way of confidential settlement.

<u>*Troyk, et al. v. Farmers Group, Inc., et al.*</u>

| | |
|---|---|
| *Case No.*: | GIC 836844 |
| *Court*: | San Diego Superior Court |
| *Judge*: | Hon. Jay M. Bloom |
| *Opposing Counsel*: | John Stoia, Jr., Leonard Simon, Timothy Blood and Alreen Haeggquist of Lerach Coughlin Stoia Geller Rudman & Robbins LLP; and David Freedman of Freedman, Boyd, Daniels Hollander & Goldberg PA |

- Class action for damages and equitable relief regarding insurance premium calculations.

<u>*Edleson, et al. v. American Home Shield of California, Inc.*</u>

| | |
|---|---|
| *Case No.*: | 37-2007-00071725-CU-BT-CTL |
| *Court*: | San Diego Superior Court |
| *Judge*: | Hon. Steven R. Denton |
| *Opposing Counsel*: | Martin Boles and Robert Gasaway of Kirkland & Ellis LLP; and David Noonan of Kirby Noonan Lance & Hodge LLP |

- Class action for breach of contract, violation of the Consumer Legal Remedies Act and violation of Bus. & Prof. Code § 17200.

<u>*Lindsay Marcisz, et al. v. UltraStar Cinemas, et al.*</u>

*Case No.*:  GIC820896
*Court*:  San Diego Superior Court
*Judge*:  Hon. John S. Meyer
*Opposing Counsel*:  John Dalton, San Diego, CA; Phillip Kay, San Francisco, CA; and Jason Oliver, Pasadena, CA

- Eight week 2005 jury trial involving 4 plaintiffs seeking damages for sexual harassment and emotional distress arising in the work place.
- $6.85 million verdict in favor of plaintiffs extinguished in post trial rulings. Plaintiff appealed.

<u>*Mani v. Hassan Yarpezeshkan*</u>

*Court*:  San Diego Superior Court
*Judge*:  Hon. John Meyer
*Opposing Counsel*:  Vincent J. Bartolotta, Jr. and Karen Frostrom of San Diego, CA

- Eight week Securities fraud case arising from sale of securities to four physicians for $4 million investment in start up technology company.
- Jury verdict for $2 million.

<u>*Sally Bierstein v. Morris Salz, et al.*</u>

*Case No.*:  BC289150 (consolidated with Case No. BC301211)
*Court*:  Los Angeles Superior Court
*Judge*:  Hon. Victor Chavez
*Opposing Counsel*:  Patrick Mesisca and Dennis Riley of Pasadena, CA

- Eight week jury trial in Defense of insurance bad faith case in handling of mold claim arising from flooding of apartment complex stemming from ruptured sewer pipe.
- Plaintiff verdict of $2.5 million reduced to $1.5 million in post-trial motions.

*In Re Wholesale Electricity Antitrust Cases I & II*
    (Special Title Rule 1550(b))

    *Case Nos.*:    02 CV 0990-RHW (LAB), 02 CV 1000-RHW (JAH), and 02 CV 1001-RHW (NLS)
    *Judge*:    Hon. Robert Whaley (visiting judge)
    *Opposing Counsel*:    Leonard Simon and Harvey Levine, San Diego, CA

- Local counsel for Duke Energy Trading and Marketing and affiliated entities, defending multiple coordinated cases seeking class action status brought by consumers and municipalities alleging unfair business practices and antitrust violations against suppliers and producers of electricity in California.

*County of San Diego v. ACE USA*

    *Case No.*:    GIC723418
    *Court*:    San Diego Superior Court
    *Judge*:    Hon. William Nevitt
    *Opposing Counsel*:    John J. Sansone, Michael F. Millerick, and David L. Mulliken, San Diego, CA

- Lead trial counsel in defense of property and casualty insurer in bad faith action arising from environmental spills.
- Defense motion for summary judgment granted and upheld on appeal by 4th District Court of Appeal and California Supreme Court.

*Green International West, Inc. v. DSM*

    *Case No.*:    GIC726008
    *Court*:    San Diego Superior Court
    *Judge*:    Hon. Linda Quinn
    *Opposing Counsel*:    Dan Stanford, San Diego, CA

- Defended law firm in legal malpractice case brought by principals of closely-held corporation.
- After eleven week jury trial, verdict of $1.2 million was offset by settlements from other defendants.

### *Vital Services, Inc. v. Mid-Century Insurance Company*

*Case No.*:              GIC710420
*Court*:                 San Diego Superior Court
*Judge*:                 Hon. Sheridan Reed
*Opposing Counsel*:      Harvey Levine, San Diego, CA

- Action against commercial insurer in action claiming bad faith with holding of benefits due under workers compensation insurance policy and fraudulent business practices.
- Case settled for $1.6 million.

### *Melinda and Anthony Logan v. Fire Insurance Exchange and Farmers Group, Inc.*

*Case No.*:              GIC761377
*Court*:                 San Diego Superior Court Judge:
                         Hon. Wayne Peterson
*Opposing Counsel*:      Brandt Noziska and Neil Rockwood, San Diego, CA

- Action against Management Company of reciprocal insurance exchanges alleging unfair business practices arising from marketing and sale of insurance policies and claims handling and sale of insurance policies and claims handling.
- Plaintiff contracted a lung disease as a result of contamination of residence and died.
- Case settled for $3.2 million on eve of trial.

### *Renaissance Villas Associates v. Truck Insurance Exchange*

*Case No.*:              GIC689813
*Court*:                 San Diego Superior Court
*Judge*:                 Hon. Wayne Peterson
*Opposing Counsel*:      Scott Sonne – Luce Forward Hamilton & Scripps, San Diego, CA

- Action against commercial insurer alleging failure to defend and provide indemnity benefits due under a commercial liability insurance policy issued to an American subsidiary of multinational company headquartered in Japan.
- Case settled for $1.5 million during trial.

*Teague-Strebeck Motors, Inc. v. Chrysler Insurance Company*

  *Case No.*:    CV 94-33075
  *Court*:     State of New Mexico, 9th Judicial District
  *Judge*:     Hon. Stanley Frost, Retired Chief Justice, New Mexico Supreme Court, sitting by special assignment
  *Opposing Counsel*: Robert Brack, Clovis, New Mexico

- Action against specialty insurer alleging failure to provide first party benefits due under commercial insurance policy.
- Issues involved insurable interest, bad faith breach of contract for improper claims handling and fraud in connection with fire which destroyed automobile dealership.
- After three week trial, court entered judgment for breach of contract for $675,000, reduced on appeal by New Mexico Court of Appeal to $425,000.

*Zeitounian v. Truck Insurance Exchange*

  *Case No.*:    GIC614535
  *Court*:     San Diego Superior Court
  *Judge*:     Hon. Arthur Jones
  *Opposing Counsel*: Jeffrey Lesser, Encino, CA

- Retrial action against commercial insurer alleging unfair business practices and bad faith breach of insurance contract in failing to provide benefits due for theft loss.
- The first trial resulted in a $7.5 million verdict (including $5.5 million punitive damages) against the client. After a three week jury trial, the jury awarded $1.2 million (no punitive damages).

*James Keenan v. K&P*

  *Case No.*:    GIC703300
  *Court*:     San Diego Superior Court *Judge*:
         Hon. Sheridan Reed
  *Opposing Counsel*: David Strauss, San Diego, CA

- Defense of law firm in action alleging legal malpractice stemming from $15 million dollar judgment following jury verdict.
- Case settled on eve of trial for $1.5 million

<u>*Paul E. Michelson, M.D. v. Scripps Clinic Medical Group, Inc., et al.*</u>

  *Case No.*:    587048
  *Court*:     San Diego Superior Court
  *Mediator*:    Hon. Gerald Lewis
  *Opposing Counsel*: Brian Monaghan, San Diego, CA

- Action against multi-specialty medical group and its officers and directors alleging termination of employment contract of ophthalmic physician in violation of public policy arising from whistle-blower activities on account of fraudulent billing practices.
- Case settled on eve of trial for confidential amount.

<u>*Roger Rose v. Leonicio Niebla*</u>

  *Case No.*:    525358
  *Court*:     San Diego Superior Court
  *Judge*:     Hon. Wesley Buttermore
  *Opposing Counsel*: Dennis Schoville, San Diego, CA

- Thirty day jury trial involving action for personal injuries including brain damage arising from automobile accident.
- Plaintiff's counsel sought $6 million. Verdict after thirty day jury trial was $406,000.