1   David Sanford (DC SBN 457933, *Pro Hac Vice to be filed*)
dsanford@sanfordheisler.com
2   SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
3   Washington, DC 20009
Telephone: (202) 499-5200
4   Facsimile: (202) 499-5199

5   Felicia Medina (CA SBN 255804)
fmedina@sanfordheisler.com
6   Xinying Valerian (CA SBN 254890)
xvalerian@sanfordheisler.com
7   Danielle Fuschetti (CA SBN 294064)
dfuschetti@sanfordheisler.com
8   SANFORD HEISLER, LLP
111 Sutter Street, Suite 975
9   San Francisco, CA 94104
Telephone: (415) 795-2020
10  Facsimile: (415) 795-2021

11  Ed Chapin (CA SBN 53287)
echapin@sanfordheisler.com
12  Jill Sanford (CA SBN 185757)
jsanford@sanfordheisler.com
13  SANFORD HEISLER, LLP
501 West Broadway, Suite 515
14  San Diego, CA 92101
Telephone: (619) 577-4253
15  Facsimile: (619) 577-4250

16  *Attorneys for the Plaintiffs, Classes, and Collective*

17              UNITED STATES DISTRICT COURT

18             SOUTHERN DISTRICT OF CALIFORNIA

19

20  DANDAN PAN, CARRIE HALUZA,          Case No.:  3:16-cv-01885-JLS-DHB
CAROLINA DEALY, LAURA
21  PAQUIN, WEI SHI, BLANCHE            **DECLARATION OF JILL S.**
MATULICH, and CONNIE                **SANFORD**
22  JACOBSON, on behalf of themselves
and all others similarly situated,
23
24                        Plaintiffs,
v.
25  QUALCOMM INCORPORATED &
QUALCOMM TECHNOLOGIES
26  INC.,
27                        Defendants.
28

I, JILL SANFORD, hereby declare as follows:

1.      I make this Declaration based upon personal knowledge.  If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

2.      I am an attorney admitted to practice law in the State of California.

3.      I was extensively involved in the above matter, the negotiations leading to the class settlement, and the briefing that ensued thereafter.

4.      In my capacity as class counsel, I make this declaration in support of Plaintiffs' request that the Court: (i) enter the Order Preliminarily Approving Class Settlement, (ii) approve the form and manner of class notice and claim form, (iii) certify the class for settlement purposes; and (iv) set a hearing for final approval of the proposed settlement and award fees and costs to class counsel and service awards.

5.      I am Of Counsel to Sanford Heisler, LLP ("Sanford Heisler," "Plaintiffs' Counsel," or "the firm"). I graduated from Harvard Law School in 1996. I have been a member in good standing of the California State Bar since 1996. I have served as co-lead counsel with Sanford Heisler in several class action cases, including gender discrimination and sexual harassment cases.

6.      I sat on the Board of Governors of the Association of Business Trial Lawyers in 2011 and 2012 and on the Board of Directors of the Consumer Attorneys of San Diego in 2008 and 2009. I chaired the San Diego Bar Association's Jay Wheeler Civility Seminar Committee, and was a member of the San Diego Bar Association's Committee on Civility, Integrity, and Professionalism in the practice of law in 2008.

7.      I was recognized by the Los Angeles Magazine as one of the "Top Women Lawyers in Southern California" for excellence in class action and employment litigation in 2014. I was also recognized by the San Diego Daily Transcript in 2010 as one of the "Top Attorneys" in San Diego for corporate

1  litigation. I have been named a San Diego Super Lawyer every year since 2011. I

2  was also selected for inclusion in the 2013 and 2015 Editions of the Best Lawyers

3  in America in the practice area of Employment Law—Individuals.

4        8.      Before joining Sanford Heisler in August 2012, I began my trial

5  practice in 1996 at Latham & Watkins, where I successfully represented business

6  clients in complex commercial cases through every phase of their litigation,

7  including trial and appeals. In 2005, I started a San Diego law firm with Joseph J.

8  Wheeler and Edward D. Chapin and over time developed a focus on representing

9  plaintiffs in business and employment litigation.

10       9.      Throughout the case, I provided assistance to both Plaintiffs and my

11  fellow attorneys in many ways. Because I am based out of San Diego, I was able to

12  meet with clients in person to discuss the case. I also provided substantial guidance

13  to the rest of Class Counsel throughout the mediation process, given my experience

14  with class action and gender discrimination mediations.

15

16       Executed on this __25__ day of July, 2016 in San Diego, California.

17

18                                                    Jill S. Sanford

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JILL S. SANFORD Case No. 3:16-cv-01885-JLS-DHB