David Sanford (DC Bar No. 457933, *Pro Hac Vice pending*)
dsanford@sanfordheisler.com
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Felicia Medina (CA SBN 255804)
fmedina@sanfordheisler.com
Xinying Valerian (CA SBN 254890)
xvalerian@sanfordheisler.com
Danielle Fuschetti (CA SBN 294064)
dfuschetti@sanfordheisler.com
SANFORD HEISLER, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Ed Chapin (CA SBN 53287)
echapin@sanfordheisler.com
Jill Sanford (CA SBN 185757)
jsanford@sanfordheisler.com
SANFORD HEISLER. LLP
501 West Broadway. Suite 515
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250

*Counsel for the Plaintiffs, Classes, and Collective*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH, and CONNIE JACOBSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES INC., | Case No.: 3:16-cv-01885-JLS-DHB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Janis L. Sammartino |

1

I, the undersigned, am employed in County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is 111 Sutter Street, Suite 975, San Francisco, California.

On July 26, 2016, I caused the foregoing documents described as:

1. **Plaintiffs' Notice of Unopposed Motion for Preliminary Approval of Class Settlement and Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Settlement;**
2. **Declaration of Felicia Medina in Support of Unopposed Motion for Preliminary Approval of Class Settlement;**
3. **Declaration of David Sanford in Support of Unopposed Motion for Preliminary Approval of Class Settlement;**
4. **Declaration of Edward D. Chapin in Support of Unopposed Motion for Preliminary Approval of Class Settlement; and**
5. **Declaration of Jill S. Sanford in Support of Unopposed Motion for Preliminary Approval of Class Settlement**

to be served on the interested parties in this action:

Nancy L. Abell
Maria A. Audero
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
NancyAbell@paulhastings.com
MariaAudero@paulhastings.com

[X] **BY ELECTRONIC MAIL** – I emailed the documents to the email addresses listed above.

I declare under penalty of perjury under the law of the United States of America that I am a member of the Bar of this Court and that the forgoing is true and correct. Executed on this 26th day of July, 2016 in San Francisco, California.

Alexis Villalobos