UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH and CONNIE JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 16-cv-01885-JLS-DHB<br><br>**ORDER GRANTING JOINT MOTION TO INCREASE PAGE LIMIT AND SETTING HEARING**<br><br>(ECF Nos. 3 & 4) |

Presently before the Court are the parties' Joint Motion to Exceed Page Limit of Plaintiffs' Motion for Preliminary Approval of Class Settlement and to Set a Hearing Date for Said Motion, (ECF No. 3), and Plaintiffs' Motion for Preliminary Approval of Class Settlement, (ECF No. 4). Good cause appearing, the Court hereby **GRANTS** the parties' Joint Motion to Exceed Page Limit, ECF No. 3, and increases the page limit for Plaintiffs' Motion for Preliminary Approval of Class Settlement to forty-eight pages, exclusive of exhibits, attachments, declarations, table of authorities, and table of contents. Further, the
///

1  Court sets Plaintiffs' Motion for Preliminary Approval of Class Settlement, ECF No. 4, for
2  hearing at 1:30 p.m. on December 1, 2016 in Courtroom 4A.
3       **IT IS SO ORDERED.**
4  Dated: August 4, 2016
5                                        Hon. Janis L. Sammartino
6                                        United States District Judge