David Sanford (DC Bar No. 457933, *Pro Hac Vice*)
dsanford@sanfordheisler.com
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Felicia Medina (SBN 255804)
fmedina@sanfordheisler.com
Xinying Valerian (SBN 254890)
xvalerian@sanfordheisler.com
Danielle Fuschetti (SBN 294064)
dfuschetti@sanfordheisler.com
SANFORD HEISLER, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Ed Chapin (SBN 53287)
echapin@sanfordheisler.com
Jill Sanford (SBN 185757)
jsanford@sanfordheisler.com
SANFORD HEISLER, LLP
501 West Broadway, Suite 515
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250

*Attorneys for the Plaintiffs, the Classes, and the Collective*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH, and CONNIE JACOBSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES INC.,<br><br>Defendants. | Case No.:  3:16-cv-01885-JLS-DHB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR FEES, COSTS, AND SERVICE AWARDS**<br><br>**Date: 4/13/2017**<br>**Time: 1:30 p.m.**<br>**Courtroom: 4D, fourth floor**<br>**Judge: Hon. Janis L. Sammartino** |

## MOTION TO EXCEED PAGE LIMIT

In accordance with Southern District of California CivLR 7.1(h), Plaintiffs respectfully move the Court for leave to exceed the page limit in their Memoranda of Law in Support of Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards.

1. WHEREAS, Southern District of California CivLR 7.1(h) imposes a 25-page upper limit on briefs or memoranda;
2. WHEREAS, Plaintiffs have endeavored to comply with these page limits on their Motion for Final Approval of Class Settlement and Motion for Attorneys' Fees, Costs, and Service Awards, but have found that additional pages are necessary to set forth adequately the relevant facts and arguments;
3. WHEREAS, the standards for obtaining final approval involve many-factor analyses;
4. WHEREAS, the standards for granting attorney's fees, costs, and services awards involve many-factor analyses; and
5. WHEREAS, permitting Plaintiffs to brief these issues fully here will promote due process and judicial efficiency by reducing the likelihood of any need for supplemental briefing;

NOW THEREFORE, Plaintiffs request that the Court increase the page limit on their Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Settlement to forty (40) pages, exclusive of exhibits, attachments, declarations, table of authorities, and table of contents.

Plaintiffs also request that the Court increase the page limit on the Memorandum of Law in Support of Plaintiffs' Motion for Fees, Costs, and Service Awards to thirty-five (35) pages, exclusive of exhibits, attachments, declarations, table of authorities, and table of contents.

In light of the complex issues and the advantages of addressing them comprehensively in these briefs, Plaintiffs respectfully request that the Court grant this Motion.

Dated: January 31, 2017                                   Respectfully Submitted,

                                                          /s/ Felicia Medina
                                                          Felicia Medina (SBN 255804)
                                                          SANFORD HEISLER, LLP

**PROOF OF SERVICE**

I, Alexis Villalobos, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 111 Sutter Street, Suite 975, San Francisco, California 941.

On January 31, 2017, I caused the following document described as:

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR FEES, COSTS, AND SERVICES AWARDS**

To be served on the interested parties in this action:

Nancy L. Abell
Maria A. Audero
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
NancyAbell@paulhastings.com
MariaAudero@paulhastings.com

**X  VIA EMAIL:**

By personally emailing the aforementioned document in PDF format to the respective email addresses listed below on January 31, 2017.

**X  VIA U.S. MAIL:**

I am readily familiar with my firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelopes would be deposited with the U.S. postal service on January 31, 2017 with postage thereon fully prepared, at San Francisco, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2017, at San Francisco, California.

_____
Alexis Villalobos

PROOF OF SERVICE
3:16-CV-01885-JLS-DHB