David Sanford (DC Bar No. 45793, *Pro Hac Vice*)
dsanford@sanfordheisler.com
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Felicia Medina (CA SBN 255804)
fmedina@sanfordheisler.com
Xinying Valerian (CA SBN 254890)
xvalerian@sanfordheisler.com
Danielle Fuschetti (CA SBN 294064)
dfuschetti@sanfordheisler.com
SANFORD HEISLER, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Ed Chapin (CA SBN 53287)
echapin@sanfordheisler.com
Jill Sanford (CA SBN 185757)
jsanford@sanfordheisler.com
SANFORD HEISLER, LLP
501 West Broadway, Suite 515
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 577-4250

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH, and CONNIE JACOBSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES INC.,<br><br>Defendants. | Case No.: 3:16-cv-01885-JLS-DHB<br>CLASS ACTION<br><br>**PLAINTIFF'S UNOPPOSED MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>**Judge:** Hon. Janis L. Sammartino<br>**Courtroom**: 4D<br>**Date:** April 13, 2017<br>**Time:** 1:30 p.m. |

1 **PLEASE TAKE NOTICE** that on April 13, 2017 at 1:30PM at a hearing before the Honorable Janis L. Sammartino, United States District Court, Courtroom 4D, Suite 4135, 221 West Broadway, San Diego, CA 92101, Plaintiffs shall apply for an order from the Court granting final approval of class settlement.

This motion is based upon this notice, Plaintiffs' attached Memorandum of Law, the Declaration of Felicia Medina and the exhibits attached thereto, and any oral argument that may be heard, and the record in this action.

Dated: February 3, 2017

Respectfully submitted,

s/ Felicia Medina
David Sanford (Pro Hac Vice)
Felicia Medina (SBN 255804)
Xinying Valerian (SBN 254890)
Danielle Fushetti (SBN 294064)
Ed Chapin (SBN 53287)
Jill Sanford (CA SBN 185757)
SANFORD HEISLER, LLP

*Attorneys for Plaintiffs and the Class*