UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH and CONNIE JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 16-cv-01885-JLS-DHB<br><br>**ORDER DENYING MOTION FOR APPROVAL OF NOTICE**<br><br>(ECF No. 41) |

Presently before the Court is Plaintiffs' Unopposed Motion for Approval of Notice of Class Settlement ("Notice Mot."). (ECF No. 41.) Class Counsel moves "for approval of Notice to class members affected by the inclusion of job codes 2249, 3246, and 5115," constituting "18 women who were in these job codes during the class period." (Notice Mot. 2.) However, Plaintiffs' attached Notice provides these eighteen women 60 days in which they may only either (1) accept the settlement check or (2) opt out of the class. (*Id.*) Plaintiffs explain that this is because "[t]he Notice is structured to be provided simultaneously with each of these class members' settlement distribution checks," and that

"[t]his ensures that they will have an adequate opportunity to decide whether to participate in the class without delaying the distribution of settlement funds and implementation of programmatic relief." (*Id.*)

However, as the Court recently noted in its request for a Status Update, (ECF No. 40), these newly added Class Members should be afforded the same opportunity as all other, original, Class Members to address the settlement. Accordingly, the Court **DENIES** Plaintiffs' Notice Motion. Specifically—just like the original Class Members—these eighteen newly added Class Members should also be given sixty days to file an objection to the settlement or request a supplemental final approval hearing addressing the addition of the three aforementioned job codes.

**IT IS SO ORDERED.**

Dated: April 24, 2017

Hon. Janis L. Sammartino
United States District Judge