UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH and CONNIE JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 16-cv-01885-JLS-DHB<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF NOTICE**<br><br>(ECF No. 44) |

Presently before the Court is Plaintiffs' Unopposed Motion for Approval of Notice of Class Settlement ("Notice Mot."). (ECF No. 44.) Class Counsel moves "for an Order approving issuance of the updated Notice . . . to the 7 women who worked in job codes 2249, 3246, and 5115, during the class period and who were not included in the original class list." (Notice Mot. 2.) Of the eighteen women who worked in these newly added job codes, these seven women are the only ones who were not originally given notice of the settlement. (*Id.*) The updated Notice includes "opportunities to opt out, to object, and to request a supplemental final fairness hearing, consistent with the Court's Order." (*Id.*) The

updated notice also permits any of these seven women to email the Class Administrator to indicate that they wish to participate in the class, thereby waiving their opportunity to opt out, object, or request a supplemental final fairness hearing. (*See id.*) "This will allow the Court, in its discretion, to rule on final approval prior to the conclusion of the 60-day Notice Period if all recipients of this [updated] Notice indicate that they wish to participate in the Settlement." (*Id.*)

The updated Notice complies with the requirements of Federal Rule of Civil Procedure 23 and the Court's prior Order. Accordingly, the Court **GRANTS** Plaintiffs' Notice Motion. Additionally, Plaintiffs may notify the Court if all seven women waive their opportunities to opt out, object, or request a supplemental final fairness hearing.

**IT IS SO ORDERED.**

Dated: May 1, 2017

Hon. Janis L. Sammartino
United States District Judge