UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN PAN, CARRIE HALUZA, CAROLINA DEALY, LAURA PAQUIN, WEI SHI, BLANCHE MATULICH and CONNIE JACOBSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED & QUALCOMM TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 16-cv-01885-JLS-DHB<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Approximately three weeks ago the Court entered an Order Granting (1) Final Approval of Class and Collective Action Settlement and (2) Motion for Attorney Fees, Costs, and Service Awards ("Final Approval Order"). (ECF No. 51.) The Parties have given no indication that there remain any further matters to be addressed in this litigation. Accordingly, and Pursuant to the Final Approval Order, the Court **ORDERS** as follows:

(1) The Clerk **SHALL** enter Judgment in this matter in accordance with, and incorporating by reference the findings of, the Court's Final Approval Order and the Parties' Class Action Settlement Agreement ("Settlement Agreement").

(2) As provided by the Order Granting Final Approval, all Settlement Class Members who did not timely and properly opt out from the Settlement are barred from pursuing, or seeking to reopen, any of the released claims, as provided for in the Settlement Agreement.

(3) The above-captioned action and all of the claims alleged herein are **DISMISSED WITH PREJUDICE** on the merits in all respects without costs or attorney fees except as otherwise provided in the Final Approval Order.

(4) If the Parties have not yet begun to implement the terms of the Settlement agreement, including monetary distributions and the specified injunctive relief, the Parties **SHALL** do so at this time.

Because this concludes the litigation in this matter, the Clerk **SHALL** close the file.

**IT IS SO ORDERED.**

Dated: August 22, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge