

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment<br><br>Qualcomm Incorporated; Qualcomm Technologies, Inc. **Plaintiff,**<br>V.<br><br>**Defendant.** | Civil Action No.   16cv1885-JLS-DHB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Orders as follows: (1) The Clerk shall enter Judgment in this matter in accordance with, and incorporating by reference the findings of, the Court's Final Approval Order and the Parties' Class Action Settlement Agreement (Settlement Agreement). (2) As provided by the Order Granting Final Approval, all Settlement Class Members who did not timely and properly opt out from the Settlement are barred from pursuing, or seeking to reopen, any of the released claims, as provided for in the Settlement Agreement. (3) The above-captioned action and all of the claims alleged herein are dismissed with prejudice on the merits in all respects without costs or attorney fees except as otherwise provided in the Final Approval Order. (4) If the Parties have not yet begun to implement the terms of the Settlement agreement, including monetary distributions and the specified injunctive relief, the Parties shall do so at this time.

Date:          8/22/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Lozano

M. Lozano, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   16cv1885-JLS-DHB

Dandan Pan, on behalf of herself and all others similarly situated; Carrie Haluza, on behalf of herself and all others similarly situated;  Carolina Dealy, on behalf of herself and all others similarly situated; Laura Paquin, on behalf of herself and all others similarly situated; Wei Shi, on behalf of herself and all others similarly situated; Blanche Matulich, on behalf of herself and all others similarly situated; Connie Jacobson, on behalf of herself and all others similarly situated.